# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 219 EAL 2014
:
               Respondent :
: Petition for Allowance of Appeal from the
: Order of the Superior Court
      v. :
:
:
:
PEDRO COLON, :
:
             Petitioner :

## ORDER

**PER CURIAM**

    **AND NOW**, this 18th day of September, 2014, the Petition for Allowance of Appeal is **DENIED**.